689 A.2d 217

**PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellant,**

v.

**HOSPITALITY INVESTMENTS OF PHILADELPHIA, INC., Appellee.**

Supreme Court of Pennsylvania.

Submitted July 8, 1996.

Decided Feb. 6, 1997.

## ORDER

PER CURIAM.

AND NOW, the order of the Common Pleas Court of Philadelphia County is AFFIRMED. See, *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 547 Pa. 142, 689 A.2d 213 (1997).

CASTILLE, Justice, concurring.

I join in the *Per Curiam* Order based on my concurring opinion filed in *Pennsylvania State Police, Bureau of Liquor Control Enforcement v. Hospitality Investments of Philadelphia, Inc.*, 547 Pa. 142, 689 A.2d 213 (1997).